IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | |
| | 4:24CR3087 |
| vs. | |
| | ORDER |
| NATHANIEL LEE STEPHENSON, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on Plea of Guilty (Filing No. 77) recommending that the Court accept Defendant's plea of guilty. There are no objections to the Findings and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and, having done so, will hold the Magistrate Judge's Findings and Recommendation in abeyance.

Defendant was placed under oath at the change of plea hearing, but Defendant was not advised that his answers to the Court's questions could be admitted against him in a later perjury or false statement prosecution. While the inadvertent omission of this advisement from the plea colloquy does not necessarily affect the voluntariness of Defendant's plea, the Court deems it best to clarify this matter at sentencing.

Accordingly,

**IT IS ORDERED:**

1. The Magistrate Judge's Findings and Recommendation on Plea of Guilty (Filing No. 77) is held in abeyance.

2. This case shall provisionally proceed to sentencing. At that time, the Court will verify that Defendant understands that his answers to the Court's questions regarding his change of plea could be admitted against him in a later perjury or false statement prosecution.

Dated this 17th day of June, 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge